Thomas N. Petersen, OSB # 974645
Black, Chapman, Webber & Stevens
Attorneys at Law
221 Stewart Avenue, Suite 209
Medford, Oregon  97501
(541) 772-9850
Facsimile (541) 779-7430
litigation@blackchapman.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON - MEDFORD DIVISION

| | |
|---|---|
| JANE DOE, <br><br>　　　　　Plaintiff, <br><br> v. <br><br> KLAMATH COUNTY SCHOOL DISTRICT, GREG THEDE, JENNIFER SEDLOCK, JACK LEE, JOHN WOODWARD, and KENNETH GARDNER, <br><br>　　　　　Defendants. | Case No.: 13-cv-00727-CL <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　　IT IS STIPULATED between all parties that this case, having been compromised and full settled on August 1, 2014, be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

STIPULATION OF DISMISSAL
WITH PREJUDICE　　　　　　　　　　-1-

DATED this 4th, day, February, 2015.

BLACK, CHAPMAN, WEBBER & STEVENS

s/Thomas N. Petersen
Thomas N. Petersen, OSB # 974645
litigation@blackchapman.com
Phone: (541) 772-9850
s/Kim E. Hoyt
Kim E. Hoyt, OSB # 914080
Of Attorneys for Defendants Klamath County School District, Greg Thede, Jennifer Sedlock, Jack Lee and John Woodward

Attorney for Plaintiff


STIPULATION OF DISMISSAL
WITH PREJUDICE                               -2-

## ORDER

Based upon the parties' stipulation, it is

ADJUDGED that this case can be dismissed with prejudice.

DATED this _9_ day of February, 2015.

			*[signature]*
			U.S. DISTRICT COURT JUDGE

Submitted by:
BLACK, CHAPMAN, WEBBER & STEVENS
Thomas N. Petersen, OSB # 974645
Phone: (541) 772-9850
litigaton@blackchapman.com
Attorney for Plaintiffs

STIPULATION OF DISMISSAL
WITH PREJUDICE		-3-